UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

RONALD COLEMAN,

            Plaintiff,

    -v-                                                     CIVIL JUDGMENT
                                                           04-CV-4264 (ERK)

SUFFOLK COUNTY; SUFFOLK COUNTY
ATTORNEY; TOWN OF BROOKHAVEN;
SIX PRECINCT POLICE DEPT.

            Defendants.

-------------------------------------------------------x

       Pursuant to the order issued on 10/12 by the Honorable Edward R. Korman, United States District Judge, dismissing the action as frivolous pursuant to <u>Fitzgerald v. First East Seventh Street Tenants Corp.</u>, 221 F.3d 362 (2d Cir. 2000) it is,

       **ORDERED, ADJUDGED AND DECREED:** That the complaint is hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal from the Court's order would not be taken in good faith.

                                                                              EDWARD R. KORMAN
                                                                              United States District Judge

Dated: Brooklyn, New York
       Oct 12, 2004